IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                         CRIMINAL NO. 2:19-cr-43-KS-MTP-002

NAKIA TROTTER

ORDER ON MOTION FOR JUDICIAL RECOMMENDATION
ON RESIDENTIAL RE-ENTRY CENTER PLACEMENT

THIS CAUSE IS BEFORE THE COURT on Motion for Judicial Recommendation, etc. filed by Nakia Trotter. The Court is being asked to recommend that he be placed in the residential re-entry center for twelve (12) months prior to his release. The Court does not have sufficient information to make such a recommendation and trusts that the Bureau of Prisons will have a much better idea as to his suitability and the advisability of his placement in a residential re-entry center.

For the reasons above described, the Court DENIES the Motion for Judicial Recommendation on Residential Re-Entry Center Placement. It should be noted that the Court does not object to such placement if done by the Bureau of Prisons.

SO ORDERED this the __27th__ day of May, 2021.

                                                                    ___s/Keith Starrett_____
                                                                    UNITED STATES DISTRICT JUDGE